HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

MICHELLE R. MATHIS,

10

Plaintiff,

CASE NO. C11-1031RAJ

11

v.

ORDER

12

BARACK OBAMA, et al.,

13

Defendants.

14

15       This matter comes before the court on a Report and Recommendation ("R&R,"

16   Dkt. # 5) from the Honorable James P. Donohue, United States Magistrate Judge, and the

17   objections (Dkt. # 6) of Plaintiff Michelle R. Mathis to the R&R.  For the reasons stated

18   below, the court ADOPTS the R&R, DENIES Ms. Mathis's objections, DISMISSES this

19   case, and directs the clerk to enter judgment.

20       Ms. Mathis has filed a complaint that is more than 440 largely single-spaced

21   typewritten pages, not including more than 100 pages of exhibits attached to the

22   complaint.  The Federal Rules of Civil Procedure require a "short and plain statement of

23   the claim showing that the pleader is entitled to relief."  Fed. R. Civ. P. 8(a)(2).  It is

24   difficult to conceive of a complaint that better embodies the antithesis of the requirements

25   of Rule 8.  The complaint is easily the longest that this court has ever seen.  By way of

26   comparison, it is very unusual for a complaint in even the most complex case to exceed

27

ORDER – 1

28

1    50 pages.  Despite its length, the complaint leaves the court with little idea what Ms.

2    Mathis is claiming.  The complaint is riddled with lengthy recitations of law, but its

3    factual allegations are either nonsensical or inherently implausible.  The court cannot find

4    even one plausibly stated claim among the more than 400 pages of the complaint.

5        Ms. Mathis has filed a motion for leave to proceed in forma pauperis.  When a

6    plaintiff seeks in forma pauperis status, the court must scrutinize the action to ensure that

7    it states a claim on which the court can grant relief, that it states claims against parties

8    who are not immune from suit, and that the action is not frivolous or malicious.  28

9    U.S.C. § 1915(e)(2)(B)(i)-(iii); *see also Calhoun v. Stahl*, 254 F.3d 845 (9th Cir. 2001)

10   (holding that screening provisions of § 1915(e) apply to both prisoners and non-

11   prisoners).

12       Ms. Mathis's complaint runs afoul of each of the prohibitions of § 1915(e).

13   Among the more than 200 defendants she names in her suit, several are immune from

14   suits for damages.  As noted, the complaint does not state a claim on which relief may be

15   granted.  It also, as the court has noted, fails to comply with Rule 8, and no court will

16   grant relief on a complaint that is so lengthy.  Finally, both the length of the complaint

17   and the fanciful nature of many of its allegations are hallmarks of a frivolous action.

18       The R&R reaches the same conclusions.  The only serious consideration is

19   whether to permit Mr. Mathis to amend her complaint.  The court concurs with the

20   R&R's recommendation that Ms. Mathis not receive leave to amend.  In her objection to

21   the R&R, Ms. Mathis demonstrates no willingness to amend her complaint.  The court is

22   convinced that were she given leave to amend, any amendment would not cure the

23   deficiencies the court has identified.

24       Finally, the court DENIES Ms. Mathis's request that the court recuse itself from

25   this case.  The court finds no basis on which a reasonable person could question whether

26   the court has any bias that would affect its resolution of this case.

27

     ORDER – 2

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

For the reasons stated above, the court ADOPTS the R&R (Dkt. # 5), DENIES Ms. Mathis's objections (Dkt. # 6), dismisses this action with prejudice, and directs the clerk to enter judgment.

DATED this 26th day of September, 2011.

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 3